# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRENCE GERRARD FORD,
                    Appellant,
          vs.
JAMES COX,
                    Respondent.

No. 69603

**FILED**

JUL 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:   Hon. James Todd Russell, District Judge
      Terrence Gerrard Ford
      Attorney General/Carson City
      Carson City District Attorney
      Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-21728